SDD:SPN
F.#2014R01174

FILED
CLERK

2014 NOV 21 PM 12: 16

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

JOHN DOE,

          Defendant.

- - - - - - - - - - - - - - - - - - X

**CR 14 - 00612**
Cr. No.

Please take notice that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   Brooklyn, New York
           November 21, 2014

                             LORETTA E. LYNCH
                             United States Attorney
                             271 Cadman Plaza East
                             Brooklyn, New York 11201

        By:   /s/
               Samuel P. Nitze
               Assistant U.S. Attorney
               (718) 254-6465