

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SDD:SPN

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 24, 2014

<u>BY HAND DELIVERY AND ECF</u>

The Honorable Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York   11201

        Re:    United States v. John Doe
                  <u>Criminal Docket No. 14-612 (RLM)</u>

Dear Judge Mann:

        A proceeding in the above referenced case is scheduled for November 26, 2014 before Your Honor.   The government submits under separate cover a motion and proposed order to close the courtroom for the proceeding and requests, for the reasons set forth therein, that the motion and any order entered by the Court be filed under seal.   Counsel for the defendant has been advised and provided with a copy of this letter and the motion and proposed order.

       The government further writes to confirm that a public hearing on the motion to close the courtroom has been scheduled for November 25, 2014 at 9 a.m. in courtroom 13C South.

                                      Respectfully submitted,

                                      LORETTA E. LYNCH
                                      United States Attorney

                        By:     /s/ Samuel P. Nitze
                             Seth D. DuCharme
                             Samuel P. Nitze
                             Alexander Solomon
                             Assistant U.S. Attorneys
                             718-254-6021/6465/6074

cc:     Michelle Gelernt, Esq. (via electronic mail)
         Len Kamdang, Esq. (via electronic mail)
         Kannan Sundaram, Esq. (via electronic mail)