UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

    - against -                                                             14-CR-612 (JBW)

JOHN DOE,

        Defendant.

– – – – – – – – – – – – – – – – – –X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Seth D. DuCharme from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

> Assistant U.S. Attorney Seth D. DuCharme
> United States Attorney's Office (Criminal Division)
> 271 Cadman Plaza East, 2nd Floor
> Brooklyn, New York 11201
> Tel:  (718) 254-6021
> Fax: (718) 254-6320
> Email: seth.ducharme@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Seth D. DuCharme at the email address set forth above.

Dated: Brooklyn, New York
April 10, 2015

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By: /s/ Seth D. DuCharme
Seth D. DuCharme
Assistant U.S. Attorney

cc: Clerk of the Court (JBW)